United States District Court

Eastern District of California

Skippy Charles Rutkowski,

    Petitioner,                  No. Civ. S 04-0888 GEB PAN P

  vs.                         Findings and Recommendations

Mule Creek State Prison,

    Respondent.

-oOo-

August 2, 2004, an order served on petitioner was returned by the postal service as undeliverable. Petitioner has failed to comply with Local Rule 83-182(d), which requires a party appearing pro se inform the court of any address change.

Accordingly, I hereby recommend this action be dismissed without prejudice. L.R. 83-183(b) (dismissal appropriate where pro se plaintiff fails to notify court of current address within 60 days of return of mail by U.S. Postal Service).

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these

1  findings and recommendations are submitted to the United States
2  District Judge assigned to this case.  Written objections may be
3  filed within 20 days of service of these findings and
4  recommendations.  The document should be captioned "Objections to
5  Magistrate Judge's Findings and Recommendations."  The district
6  judge may accept, reject, or modify these findings and
7  recommendations in whole or in part.
8      Dated:  November 17, 2005.

```
                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge
```