IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SKIPPY CHARLES RUTKOWSKI,

      Petitioner,             2:04-cv-0888-GEB-PAN-P

   vs.

MULE CREEK STATE PRISON,

      Respondent.         ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On November 17, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed

1

within 20 days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed November 17, 2005, are adopted in full; and

2. This action be dismissed without prejudice for plaintiff's failure to inform the court of his new address. L.R. 83-183(b).

Dated:  December 20, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge